**MORGAN, LEWIS & BOCKIUS LLP**
Debra L. Fischer (Bar No. 142516)
Email: *debra.fischer@morganlewis.com*
Seth M. Gerber (Bar No. 202813)
Email: *seth.gerber@morganlewis.com*
2049 Century Park East
Suite 700
Los Angeles, CA 90067
Telephone: 310.907.1000
Facsimile: 310.907.1001
*Attorneys for Plaintiff Mark Pastorius*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PASTORIUS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LOCKTON COMPANIES, LLC – PACIFIC SERIES, a Missouri series limited liability company, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-04787-SVW-E<br><br>**JOINT STATUS REPORT RE: FINAL RESOLUTION OF CASE**<br><br>Hon. Stephen V. Wilson |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On September 18, 2024, the Court, upon consideration of the parties' joint stipulation (Doc. # 26) and for good cause shown, entered its Order (1) staying all deadlines in this case until further order of this Court, and (2) directing the parties to file a stipulation of dismissal or else inform the Court of the status of final resolution of this case within 30 days.  (Doc. # 27.)

The parties have reached an agreement in principle to resolve this matter and are in the process of finalizing documentation. The parties respectfully request that all deadlines in this case continue to be stayed and that the Court grant the parties an additional 30 days to file a stipulation of dismissal.

Dated:        October 7, 2024          MORGAN, LEWIS & BOCKIUS LLP

                                       By: */s/ Seth M. Gerber*
                                           Debra L. Fischer
                                           Seth M. Gerber
                                           *Attorneys for Plaintiff*

Dated:        October 7, 2024          GIBSON, DUNN & CRUTCHER LLP

                                       By: */s/ Jennafer M. Tryck*
                                           Jennafer M. Tryck
                                           *Attorneys for Defendant*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

1

## **SIGNATURE ATTESTATION**

I hereby attest that pursuant to Local Rule 5-4.3.4, I have received concurrence in the filing of this document from each of the other Signatories.

Dated:        October 7, 2024            MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Seth M. Gerber*
 Debra L. Fischer
 Seth M. Gerber
 *Attorneys for Plaintiff*