**MORGAN, LEWIS & BOCKIUS LLP**
Debra L. Fischer (Bar No. 142516)
Email: *debra.fischer@morganlewis.com*
Seth M. Gerber (Bar No. 202813)
Email: *seth.gerber@morganlewis.com*
2049 Century Park East
Suite 700
Los Angeles, CA 90067
Telephone: 310.907.1000
Facsimile: 310.907.1001
*Attorneys for Plaintiff Mark Pastorius*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PASTORIUS,<br><br>                  Plaintiff,<br><br>          vs.<br><br>LOCKTON COMPANIES, LLC –<br>PACIFIC SERIES, a Missouri series<br>limited liability company, and DOES<br>1 through 50, inclusive,<br><br>                  Defendants. | Case No. 2:24-cv-04787-SVW-E<br><br>**JOINT STATUS REPORT RE:<br>FINAL RESOLUTION OF CASE**<br><br>Hon. Stephen V. Wilson |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On September 18, 2024, the Court, upon consideration of the parties' joint stipulation (Doc. # 26) and for good cause shown, entered its Order (1) staying all deadlines in this case until further order of this Court, and (2) directing the parties to file a stipulation of dismissal or else inform the Court of the status of final resolution of this case within 30 days. (Doc. # 27.)

On October 7, 2024, the parties submitted their Joint Status Report Re: Final Resolution of the Case indicating that the parties have reached an agreement in principle to resolve this matter and are in the process of finalizing documentation. (Doc. # 28.) On October 18, 2024, the parties submitted a further Joint Status Report re: Final Resolution of the Case indicating that the parties have exchanged drafts of, and are continuing to finalize, this documentation, and requesting that all deadlines in this case continue to be stayed and that the Court grant the parties an additional 30 days to file a stipulation of dismissal. (Doc. # 29.) On November 12, 2024, the Court entered an order granting the parties' requested 30-day extension. (Doc. # 30.)

The parties have since exchanged additional and revised drafts of this documentation, and are working to finalize terms. The parties respectfully request that all deadlines in this case continue to be stayed and that the Court grant the parties an additional 30 days to file a stipulation of dismissal.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

1

Dated:        November 18, 2024         MORGAN, LEWIS & BOCKIUS LLP

By:*/s/ Seth M. Gerber*
Debra L. Fischer
Seth M. Gerber
*Attorneys for Plaintiff*

Dated:        November 18, 2024         GIBSON, DUNN & CRUTCHER LLP

By:*/s/ Jennafer M. Tryck*
Jennafer M. Tryck
*Attorneys for Defendant*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

## **SIGNATURE ATTESTATION**

I hereby attest that pursuant to Local Rule 5-4.3.4, I have received concurrence in the filing of this document from each of the other Signatories.

Dated:      November 18, 2024        MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Seth M. Gerber*

Debra L. Fischer
Seth M. Gerber
*Attorneys for Plaintiff*