MORGAN, LEWIS & BOCKIUS LLP
Debra L. Fischer, Bar No. 142516
Seth M. Gerber, Bar No. 202813
2049 Century Park East, Suite 700
Los Angeles, California 90067
Phone: +1.310.907.1000
Fax: +1.310.907.1001
*debra.fischer@morganlewis.com*
*seth.gerber@morganlewis.com*

Attorneys for Plaintiff

GIBSON, DUNN & CRUTCHER LLP
Angelique Kaounis, Bar No. 209833
2029 Century Park East, Suite 4000
Los Angeles, California 90067-3026
Phone: +1.310.552.8546
Fax: +1.310.552.7026

Jennafer M. Tryck, SBN 291088
3161 Michelson Drive
Irvine, California 92612-4412
Phone: +1.949.451.3800
Fax: +1.949.451.4220

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Pastorius, | Case No. 2:24-cv-04787-SVW-E |
| Plaintiff,<br>v. | **Stipulation Re: Dismissal With Prejudice** |
| Lockton Companies, LLC—Pacific Series, a Missouri Series Limited Liability Company, and DOES 1 through 50, inclusive,<br>Defendants. | Hon. Stephen V. Wilson<br><br>Action Filed: May 8, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Stipulation Re: Dismissal with Prejudice

Plaintiff Mark Pastorius, on the one hand, and Defendant Lockton Companies, LLC – Pacific Series, on the other hand, by and through their counsel of record, jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims against Defendant should be dismissed with prejudice with each party to bear its, his or her own attorneys' fees and costs.

DATED: December 20, 2024         MORGAN, LEWIS & BOCKIUS LLP


                                 By:    /s/ Seth M. Gerber
                                          Seth M. Gerber

                                 Attorneys for Plaintiff


DATED: December 20, 2024         GIBSON, DUNN & CRUTCHER


                                 By:    /s/ Jennafer M. Tryck
                                          Jennafer M. Tryck

                                 Attorneys for Defendant Lockton Companies, LLC—Pacific Series

**SIGNATURE ATTESTATION**

I hereby attest that pursuant to Local Rule 5-4.3.4, I have received concurrence in the filing of this document from each of the other Signatories.

DATED: December 20, 2024          MORGAN, LEWIS & BOCKIUS LLP


                                  By: ___/s/ Seth M. Gerber_____
                                            Seth M. Gerber

                                  Attorneys for Plaintiff