# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Pastorius, | Case No. 2:24-cv-04787-SVW-E |
| Plaintiff, | [~~Proposed~~] **Order Re: Dismissal With Prejudice** |
| v. | |
| Lockton Companies, LLC—Pacific Series, a Missouri Series Limited Liability Company, and DOES 1 through 50, inclusive, | Hon. Stephen V. Wilson |
| | Action Filed: May 8, 2024 |
| Defendants. | |

## ORDER

This action is hereby dismissed with prejudice, with each party to bear its, his or her own attorneys' fees and costs.

**It is so Ordered.**

DATED: December 26, 2024        By: _/s/ Stephen V. Wilson_

The Hon. Stephen V. Wilson
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles